# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

JAMES DONALD HAYNES,

v.

HENRY COUNTY, ET AL.,                    CASE NUMBER:    1:04-1281-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/3/2005, this case is hereby DISMISSED and it is furthered CERTIFIED that any appeal in this matter is not taken in good faith.

**APPROVED:**

_James D. Todd_

**JAMES D. TODD**
**UNITED STATES DISTRICT JUDGE**


**ROBERT R. Di TROLIO**
**CLERK**

_5-09-05_                    **BY:**    _Stetson_
**DATE**                            **DEPUTY CLERK**


This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on _5|10|05_ .

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01281 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

James D. Haynes
W.T.S.P.
371631
P.O. Box 1150
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT